BEFORE THE THIRD DIVISION, JUNE 16, 1949

**No. 53291.**—Maryland Distillers Products Co. et al. *v.* United States, protests 103182–K, etc. (Baltimore).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.   The protests were overruled in all other respects.

**No. 53292.**—"21" Brands, Inc. *v.* United States, protests 113758–K, etc. (New York).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.   The protests were overruled in all other respects.